In the Matter of KATHERINE C. MILLICKER, Respondent, against BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF CARMEL AND PUTNAM VALLEY et al., Appellants.

Argued January 3, 1950; decided January 12, 1950.

*Chester B. McLaughlin, Alfred P. O'Hara, Mario Lorenti, Willis H. Ryder* and *Raymond B. Costello* for appellants.

*James Dempsey* and *Bartholomew A. Moynahan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.